**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:

REBECCA ANNE URTZ
1610 CEDAR TREE LANE
MOUNT JULIET, TN 37122

Case No. **15-07141-RM3-13**

JUDGE RANDAL S MASHBURN

SSN XXX-XX-2403

**TRUSTEE'S NOTICE OF INTENT TO PAY CLAIMS**

Comes now the standing Chapter 13 Trustee who hereby serves notice that the following claims have been examined. The deadline for filing non government claims in this case was **02/22/2016**. The deadline for filing claims by governmental units was **04/04/2016**. After such examination the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| 1305 CLAIM<br>NO ADDRESS GIVEN<br>, 00000 | $0.00<br>DATE FILED: 10/08/2015 | UNSECURED - 1305 (O)<br>Disb level: 42<br><br>ACCT:<br>COMM: |
|  | TRUSTEE'S CLAIM NO: 1<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# |
| INSOLVE AUTO FUNDING<br>CAPITAL RECOVERY GROUP<br>DEPT 3403 P O BOX 123403<br>DALLAS, TX 75312 | $16,763.99<br>DATE FILED: 01/12/2016 | AUTOMOBILE LOAN (V)<br>Disb level: 21<br><br>ACCT: **1100**<br>COMM: 2014 CHEVROLET IMPALA /E/ |
|  | TRUSTEE'S CLAIM NO: 2<br>PERCENT ALLOWED: **100.00 % + 22.00%** | COURT'S CLAIM# 7 |
| AMERICAN EDUCATION SERVICES<br>P O BOX 8183<br>HARRISBURG, PA 17105 | $19,596.76<br>DATE FILED: 10/22/2015 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **2403**<br>COMM: STUDENT LOAN/GOAL FINANCIAL |
|  | TRUSTEE'S CLAIM NO: 3<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 1 |

| | | |
|---|---|---|
| CHASE CARD<br>P O BOX 15298<br>WILMINGTON, DE 19850-5298 | **$0.00**<br>DATE FILED: 10/08/2015 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **6973**<br>COMM: CC |
| | TRUSTEE'S CLAIM NO: 4<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| ECAST SETTLEMENT CORPORATION<br>P O BOX 29262<br>NEW YORK, NY 10087 | **$40,969.82**<br>DATE FILED: 01/11/2016 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **2269**<br>COMM: CITIBANK NA |
| | TRUSTEE'S CLAIM NO: 5<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 6 |
| CITIZENS BANK<br>443 JEFFERSON BLVD RJW135<br>WARWICK, RI 02886 | **$7,308.84**<br>DATE FILED: 10/23/2015 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4387**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 6<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 2 |
| ESL FCU<br>P O BOX 92714<br>ROCHESTER, NY 14692 | **$23,434.04**<br>DATE FILED: 11/30/2015 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1530**<br>COMM: DEBT CONSOLIDATION LOAN |
| | TRUSTEE'S CLAIM NO: 7<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 4 |
| ESL FCU<br>P O BOX 92714<br>ROCHESTER, NY 14692 | **$2,062.51**<br>DATE FILED: 11/30/2015 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5010**<br>COMM: CASH RESERVE LOAN |
| | TRUSTEE'S CLAIM NO: 8<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 5 |

| | | |
|---|---|---|
| RBS CITIZENS CC<br>ATTN BK DEPT<br>443 JEFFERSON BLVD MS RJW 135<br>WARWICK, RI  02886 | **$0.00**<br>DATE FILED: 10/08/2015 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4387**<br>COMM: CC |
| | TRUSTEE'S CLAIM NO: 9<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| US DEPT OF EDUCATION<br>P O BOX 530229<br>ATLANTA, GA  30353 | **$83,594.25**<br>DATE FILED: 11/11/2015 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **2403**<br>COMM: STUDENT LOAN/GLELSI |
| | TRUSTEE'S CLAIM NO: 10<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 3 |
| DIRECT TV<br>P O BOX 6550<br>ENGLEWOOD, CO  80155 | **$0.00**<br>DATE FILED: 10/08/2015 | COSTED - LEASE PYMT/POST PET<br>Disb level: 0<br>PAID OUTSIDE<br>ACCT:<br>COMM: CABLE |
| | TRUSTEE'S CLAIM NO: 11<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| MAINSTREET RENEWAL<br>4701 TROUSDALE DR STE 119<br>NASHVILLE, TN  37220 | **$0.00**<br>DATE FILED: 10/08/2015 | COSTED - LEASE PYMT/POST PET<br>Disb level: 0<br>PAID OUTSIDE<br>ACCT:<br>COMM: RESIDENTIAL |
| | TRUSTEE'S CLAIM NO: 12<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| VERIZON WIRELESS<br>500 TECHNOLOGY DR STE 550<br>WELDON SPRING, MO  63304 | **$0.00**<br>DATE FILED: 10/08/2015 | COSTED - LEASE PYMT/POST PET<br>Disb level: 0<br>REJECT<br>ACCT:<br>COMM: CELL PHONE |
| | TRUSTEE'S CLAIM NO: 13<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | |
|---|---|
| TOTAL | $197,540.21 |

The Trustee proposes to pay on such claims unless such claims are disallowed.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

| | | |
|---|---|---|
| 05/10/2016 | AMA | /s/ Henry E. Hildebrand, III |
| DATE | INITIALS | HENRY E. HILDEBRAND, III |
| | | CHAPTER 13 TRUSTEE |
| | | P O BOX 340019 |
| | | NASHVILLE, TN 37203 |
| | | PHONE: 615-244-1101 |
| | | FAX: 615-242-3241 |
| | | pleadings@ch13nsh.com |

cc: HENRY E. HILDEBRAND, III

REBECCA ANNE URTZ
1610 CEDAR TREE LANE
MOUNT JULIET, TN 37122

LONG BURNETT AND JOHNSON PLLC
302 42ND AVE NO
NASHVILLE, TN 37209