# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

IN RE:

REBECCA ANNE URTZ　　　　　　　　　　Case No. 3:15-bk-07141
　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor.　　　　　　　　　　　　Judge: RANDAL S. MASHBURN

## ORDER ON MOTION TO SUSPEND CHAPTER 13 PLAN PAYMENTS

Upon consideration of Debtor's Motion to Suspend Chapter 13 Plan Payments filed on January 3, 2017, it appears to the Court that notice of said motion pursuant to LBR 9013 has been given. It further appears to the Court no objections, responses or otherwise have been filed within the twenty-one (21) day response period. It is therefore:

ORDERED that the Plan payments shall be suspended for sixty (60) days.

ORDERED that the Plan payments shall remain $620.00 semi-monthly and the Plan base shall remain at $74,400.00 to be increased by any tax refunds received during the life of the Plan.

ORDERED that the guaranteed minimum dividend to allowed unsecured claims shall remain at twenty percent (20%).

ORDERED that the Plan shall continue on a probationary basis subject to dismissal upon application of the Trustee following a future default in Plan payments.

ORDERED that the Debtor will attend the Trustee's Financial Management Workshop within 30 days of the date of this Order.

ORDERED that there shall be no changes after reemployment to the treatment of the secured creditors.

ORDERED the Debtor shall provide the trustee notice of becoming reemployed or an increase in income in excess of 5% within 30 days of the change.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP <u>OF THE FIRST PAGE</u>

Approved For Entry By:

/s/*L. G. Burnett, Jr.*
L. G. Burnett, Jr., TN BPR #6463
302 42nd Avenue North
Nashville, TN 37209
T: 615-386-0075
F: 615-864-8419
ecfmail@tennessee-bankruptcy.com

*Attorney for Debtor*