```
                              United States Bankruptcy Court
                               Middle District of Tennessee
In re:                                                              Case No. 15-07141-RSM
Rebecca Anne Urtz                                                   Chapter 13
           Debtor
```

## CERTIFICATE OF NOTICE

District/off: 0650-3           User: ko8454              Page 1 of 1              Date Rcvd: Jan 26, 2017
                               Form ID: pdf001           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2017.
db            #+Rebecca Anne Urtz,    1610 Cedar Tree Lane,    Mount Juliet, TN 37122-2405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2017 at the address(es) listed below:
              HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
              JON DANIEL LONG    on behalf of Debtor Rebecca Anne Urtz ecfmail@tennessee-bankruptcy.com, ecftnbk@gmail.com
              NICHLAS P SPALLAS    on behalf of Creditor    InSolve Auto Funding, LLC , c/o Capital Recovery Group, LLC bknotices@crgofusa.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                                TOTAL: 4

*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 1/25/2017

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

IN RE:

REBECCA ANNE URTZ            Case No. 3:15-bk-07141
                                                 Chapter 13
       Debtor.                           Judge: RANDAL S. MASHBURN

## ORDER ON MOTION TO SUSPEND CHAPTER 13 PLAN PAYMENTS

Upon consideration of Debtor's Motion to Suspend Chapter 13 Plan Payments filed on January 3, 2017, it appears to the Court that notice of said motion pursuant to LBR 9013 has been given. It further appears to the Court no objections, responses or otherwise have been filed within the twenty-one (21) day response period. It is therefore:

ORDERED that the Plan payments shall be suspended for sixty (60) days.

ORDERED that the Plan payments shall remain $620.00 semi-monthly and the Plan base shall remain at $74,400.00 to be increased by any tax refunds received during the life of the Plan.

ORDERED that the guaranteed minimum dividend to allowed unsecured claims shall remain at twenty percent (20%).

ORDERED that the Plan shall continue on a probationary basis subject to dismissal upon application of the Trustee following a future default in Plan payments.

ORDERED that the Debtor will attend the Trustee's Financial Management Workshop within 30 days of the date of this Order.

ORDERED that there shall be no changes after reemployment to the treatment of the secured creditors.

ORDERED the Debtor shall provide the trustee notice of becoming reemployed or an increase in income in excess of 5% within 30 days of the change.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP <u>OF THE FIRST PAGE</u>

Approved For Entry By:

/s/*L. G. Burnett, Jr.*
L. G. Burnett, Jr., TN BPR #6463
302 42nd Avenue North
Nashville, TN 37209
T: 615-386-0075
F: 615-864-8419
ecfmail@tennessee-bankruptcy.com

*Attorney for Debtor*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.